UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LORRAINE KIMPEL,

          Plaintiff,

- v -

DET. LT. RICHARD SCHLICHTIG,
KATHLEEN "ROMANO" SCHLICHTIG,
DONALD KANE, NASSAU POLICE
COMMISSIONER, THE NASSAU
COUNTY POLICE DEPT., DET. PETER
DONATO, DET. SGT. ROY GORDDARD,
DET. WM AYLWARD, DET. STEPHEN
KOWALSKY, DET. MILTON APONTE,
SGT. DENNIS FLAHERTY,

          Defendants.
------------------------------------------------------------x

96 CV 1375 (NG)(VVP)

ORDER

**GERSHON, United States District Judge:**

Based upon the unopposed Report and Recommendation of Magistrate Judge Victor Pohorelsky, dated June 15, 2005, the defendants' Motion for Summary Judgment as to each of plaintiff's claims is granted and defendants' motion for sanctions under Fed. R. Civ. Proc. 11 is denied. Magistrate Judge Pohorelsky thoroughly canvassed the facts and applicable law and the court adopts his Report and Recommendation in its entirety.

                                          **SO ORDERED.**

                                          /s/
                                        **NINA GERSHON**
                                        **United States District Judge**

Dated: July 8, 2004
         Brooklyn, New York